USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/19/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASIF KHAN.,

        Plaintiff,

  -against-

ARENA SERVICE CO., LLC, et al.,

        Defendants.

22-CV-04435 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during this morning's initial case management conference, the Amended Complaint (Dkt. 16) fails adequately to allege that the parties are diverse, and thus fails adequately to allege subject matter jurisdiction. Between now and **November 21, 2022**, plaintiff may conduct such informal or formal discovery as is required to determine whether complete diversity exists. No later than **November 21, 2022**, plaintiff shall file either: (a) a Second Amended Complaint, with the amendment limited to the jurisdictional allegations; or (b) a notice of dismissal pursuant to Rule 41(a)(1)(A)(i).

Dated: New York, New York
      October 19, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**